IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, #224802, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:16-CV-544-WKW ) |
| WARDEN BUTLER, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On July 11, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing and administrative fees upon his initiation of the case.

A separate final judgment will be entered.

DONE this 3rd day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE